# **EXHIBIT B**



## Tantus Tobacco

*Creating Relationships. Serving Interests.*

# EFT Withdrawal Notice

**To: Wholesale Outlet**              **From:** **Accounting Department**

**Attention: Accounts Payable**       **Fax/Email:** jennifer@starcoimpex.com

---

**The money for the following attached invoices will be withdrawn
from your account on _____ 8-18-2016 _____**

### THERE WILL BE A 1% CHARGE FOR ANY NON-SUFFICIENT FUNDS ON EFT PAYMENTS.

| Invoice Number | Invoice Amount | Invoice Date |
|---|---|---|
| 0094593 | 42,554.70 | 7-26-16 |
| 0094401-CM | -1,817.40 | 7-15-16 |
| T041571-CM | -840.00 | 7-15-16 |
| 0094400-CM | -450.00 | 7-15-16 |
| 0094708-CM | -489.30 | 8-1-16 |
| BUYDOWNS | -9,646.86 | 6-6-16 |
| 0094676 | 13,688.68 | 7-28-16 |
| 0094679 | 77,700.00 | 7-28-16 |
| T041841-CM | -15.98 | 8-16-16 |
| 0001337 | -.93 | 8-16-16 |
| TOTAL | 120,682.91 | |

**Thank you for your business!**
**Tantus Tobacco · 200 Progress Dr. Russell Springs, KY 42642**
**Tel: (270) 866-8888 · Fax: (270) 866-8871**

# Tantus Tobacco Sales

OTP License # 900180

# Credit Memo

Remit Payment  To:
Tantus Tobacco Sales, LLC
200 Progress Drive
Russell Springs, KY  42642

200 Progress Drive
Russell Springs, KY  42642

Phone:      (270)866-8888
Fax:          (270)866-8890
Toll Free:   (866)747-0010

Texas Permit Number:
05002820

| Customer Number: | Invoice Number: | Invoice Date: | Terms | Customer P.O. |
|---|---|---|---|---|
| 0000175 | T041841-CM | 8/16/2016 | EFT 14 Days | INV. 040194 |

**Ship Via:**

AVERITT

**Sold To:**

Wholesale Outlet
2710 South 11th St
BEAUMONT, TX  77701

Customer TX Permit No:
98600066

**Ship To:**

Wholesale Outlet
2710 South 11th St
Delivery Date:
BEAUMONT, TX  77701

**Salesperson:**

0025

| Item Number | Shipped | Unit | Description | Price | Amount |
|---|---|---|---|---|---|
| 56DPTP | 2- | CTN | Red Buck Filtered Cigar Destroyable - Tax Paid<br>2 CARTONS OF RED BUCK | 7.99 | 15.98- |
| Total Cartons: | -2 | | | | |

**PLEASE BE ADVISED** CUSTOMER IS RESPONSIBLE FOR PAYMENT OF ANY OTP TAXES WITH
EXCLUSION OF THE FOLLOWING: Tantus Tobacco Sales LLC is paying the OTP Excise Tax in the following
states: Ohio, Wyoming, and West Virginia

NO CLAIMS ALLOWED UNLESS MADE IMMEDIATELY UPON DELIVERY. PLEASE CHECK GOODS CAREFULLY.

CUSTOMER'S SIGNATURE: _____

| | |
|---|---|
| Net Invoice: | 15.98- |
| OTP Tax: | 0.00 |
| Freight: | 0.00 |
| Discount: | 0.00 |
| Invoice Total: | $15.98- |

# Invoice

Tantus Tobacco Sales

**Invoice Number:** 0001337-IN
**Invoice Date:** 8/16/2016
**Salesperson:** TX00
**Tax Schedule:** DEFAULT

Wholesale Outlet
2710 South 11th St
BEAUMONT, TX 77701

**Customer Number:** 0000175
**Customer P.O.:** INV. 040194
**Ship VIA:** AVERITT

Contact:

**Terms:** EFT 14 Days

| Item Code | Description | UM | Quantity | Price | Amount |
|-----------|-------------|----|----------|-------|--------|
| CREDIT | Y | | 1.000- | 0.930 | 0.93- |
| 1 PACK OF REDBUCK | | | | | |

| | |
|---|---|
| Net Invoice: | 0.93- |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **0.93-** |

# Invoice

**Tantus Tobacco**

200 Progress Drive
Russell Springs, KY 42642

Phone: (270)866-8888
Fax: (270)866-8890
Toll Free: (866)747-0010

Texas Permit Number:
05002820

Remit Payment To:
Tantus Tobacco, LLC
200 Progress Drive
Russell Springs, KY 42642

| Customer Number: | Invoice Number: | Invoice Date: | Terms | Customer P.O. |
|---|---|---|---|---|
| 0000175 | 0094676-IN | 7/28/2016 | EFT 14 Days | 002-108853 |

| Ship Via: |
|---|
| AVERITT |

**Sold To:**
Wholesale Outlet
2710 South 11th St
BEAUMONT, TX 77701

Customer TX Permit No:
98600066

**Ship To:**
Wholesale Outlet
2710 South 11th St
Delivery Date:
BEAUMONT, TX 77701

| Salesperson: |
|---|
| 0025 |

| Item Number | Shipped | Unit | Description | Price | Amount |
|---|---|---|---|---|---|
| Lot Number: | 1209260216033 | | 23 | | |
| 61L100S | 20 | CTN | Mainstreet Gold 100's Soft | 15.50 | 310.00 |
| Lot Number: | 1209360215935 | | Week 4 Promotions | | |
| 61FF100S | 15 | CTN | 20 Mainstreet Red 100's Soft | 15.50 | 232.50 |
| Lot Number: | 1209360215946 | | Week 4 Promotions | | |
| 61M100S | 23 | CTN | 15 Mainstreet Menthol 100's Soft | 15.50 | 356.50 |
| Lot Number: | 1209360215941 | | Week 4 Promotions | | |
| 61ML100S | 10 | CTN | 23 Mainstreet Menthol Gold 100's | 15.50 | 155.00 |
| Lot Number: | 1209360215959 | | Week 4 Promotions | | |
| 61UL100S | 5 | CTN | 10 Mainstreet Blue 100's Soft | 15.50 | 77.50 |
| Lot Number: | 1209360215952 | | Week 4 Promotions | | |
| 61FF100B | 13 | CTN | 5 Mainstreet Red 100's Box | 15.50 | 201.50 |
| Lot Number: | 0209060215758 | | Week 4 Promotions | | |
| 61L100B | 14 | CTN | 13 Mainstreet Gold 100's Box | 15.50 | 217.00 |
| Lot Number: | 4209260215764 | | Week 4 Promotions | | |
| 61ML100B | 27 | CTN | 14 Mainstreet Menthol Gold 100's | 15.50 | 418.50 |
| Lot Number: | 4209260215771 | | Week 4 Promotions | | |
| 61UL100B | 17 | CTN | 27 Mainstreet Blue 100's Box | 15.50 | 263.50 |
| Lot Number: | 4209260215731 | | Week 4 Promotions | | |
| Total Cartons: | 900 | | 17 | | |

CUSTOMER IS RESPONSIBLE FOR PAYMENT OF ANY OTP TAXES. Registered by the State of Ohio, Registration number 9200056. The recipient named on the invoice responsible for paying the Ohio Other Tobacco Products Tax
NO CLAIMS ALLOWED UNLESS MADE IMMEDIATELY UPON DELIVERY. PLEASE CHECK GOODS CAREFULLY.

CUSTOMER'S SIGNATURE: _____

| | |
|---|---|
| Net Invoice: | 13,688.68 |
| Sales Tax: | 0.00 |
| Freight: | 0.00 |
| Discount: | 0.00 |
| Invoice Total: | $13,688.68 |

# Invoice

## Tantus Tobacco

200 Progress Drive
Russell Springs, KY 42642

Phone: (270)866-8888
Fax: (270)866-8890
Toll Free: (866)747-0010

Texas Permit Number:
05002820

**Remit Payment To:**
Tantus Tobacco, LLC
200 Progress Drive
Russell Springs, KY 42642

| Customer Number: | Invoice Number: | Invoice Date: | Terms | Customer P.O. |
|---|---|---|---|---|
| 0000175 | 0094676-IN | 7/28/2016 | EFT 14 Days | 002-108853 |

**Ship Via:**
AVERITT

| Salesperson: |
|---|
| 0025 |

**Sold To:**
Wholesale Outlet
2710 South 11th St
BEAUMONT, TX 77701

Customer TX Permit No: 98600066

**Ship To:**
Wholesale Outlet
2710 South 11th St
Delivery Date:
BEAUMONT, TX 77701

| Item Number | Shipped | Unit | Description | Price | Amount |
|---|---|---|---|---|---|
| 71UL100S | 9 | CTN | Golden Blend Silver 100's Soft | 15.00 | 135.00 |
| Lot Number: | 1209360215997 | | 9 | | |
| 71M100S | 6 | CTN | Golden Blend Menthol 100's Sof | 15.00 | 90.00 |
| Lot Number: | 1209360216012 | | 6 | | |
| 71L100S | 11 | CTN | Golden Blend Gold 100's Soft | 15.00 | 165.00 |
| Lot Number: | 1209360216015 | | 11 | | |
| 71FF100S | 26 | CTN | Golden Blend Red 100's Soft | 15.00 | 390.00 |
| Lot Number: | 1209360216003 | | 26 | | |
| 71ML100S | 8 | CTN | Golden Blend Menthol Gold 100' | 15.00 | 120.00 |
| Lot Number: | 1209360216008 | | 8 | | |
| 71FFKS | 21 | CTN | Golden Blend Red King Soft | 15.00 | 315.00 |
| Lot Number: | 1209260216045 | | 21 | | |
| 71FF100B | 23 | CTN | Golden Blend Red 100's Box | 15.00 | 345.00 |
| Lot Number: | 4209260215625 | | 23 | | |
| 71UL100B | 5 | CTN | Golden Blend Silver 100's Box | 15.00 | 75.00 |
| Lot Number: | 4209260215627 | | 5 | | |
| 62UL100S | 4 | CTN | Gsmoke Blue 100's Soft | 12.28 | 49.12 |
| Lot Number: | 1209360215929 | | 4 | | |
| 62M100S | 26 | CTN | Gsmoke Menthol 100's Soft | 12.28 | 319.28 |
| Lot Number: | 1209360215913 | | 26 | | |
| 62FF100S | 22 | CTN | Gsmoke Red 100's Soft | 12.28 | 270.16 |
| Lot Number: | 1209360215920 | | 22 | | |
| 62L100B | 28 | CTN | Gsmoke Gold 100's Box | 12.28 | 343.84 |
| Lot Number: | 4209260215723 | | 28 | | |
| 62ML100BW | 22 | CTN | Gsmoke Menthol Gold 100's Box | 12.28 | 270.16 |
| Lot Number: | 4209260215717 | | 22 | | |
| 62LKB | 13 | CTN | Gsmoke Gold King Box | 12.28 | 159.64 |
| Lot Number: | 1209160216233 | | 13 | | |
| 62FFKS | 5 | CTN | Gsmoke Red King Soft | 12.28 | 61.40 |
| | | | 5 | | Continued |



# Invoice

**Tantus Tobacco**

200 Progress Drive
Russell Springs, KY 42642

Phone: (270)866-8888
Fax: (270)866-8890
Toll Free: (866)747-0010

Texas Permit Number:
05002820

Remit Payment To:
Tantus Tobacco, LLC
200 Progress Drive
Russell Springs, KY 42642

| Customer Number: | Invoice Number: | Invoice Date: | Terms | Customer P.O. |
|---|---|---|---|---|
| 0000175 | 0094676-IN | 7/28/2016 | EFT 14 Days | 002-108853 |

**Ship Via:**
AVERITT

**Sold To:**
Wholesale Outlet
2710 South 11th St
BEAUMONT, TX 77701

Customer TX Permit No:
98600066

**Ship To:**
Wholesale Outlet
2710 South 11th St
Delivery Date:
BEAUMONT, TX 77701

**Salesperson:**
0025

| Item Number | Shipped | Unit | Description | Price | Amount |
|---|---|---|---|---|---|
| Lot Number:<br>62MKS | 1209260216151<br>11 | CTN | 5<br>Gsmoke Menthol King Soft | 12.28 | 135.08 |
| Lot Number:<br>53L100S | 1209260216161<br>21 | CTN | 11<br>Berkley Gold 100's Soft | 15.50 | 325.50 |
| Lot Number:<br>53MKS | 1209360215891<br>21 | CTN | Week 4 Promotions<br>21<br>Berkley Menthol King Soft | 15.50 | 325.50 |
| Lot Number:<br>53FFKS | 1209260216073<br>27 | CTN | Week 4 Promotions<br>21<br>Berkley Red King Soft | 15.50 | 418.50 |
| Lot Number:<br>53LKS | 1209260216066<br>29 | CTN | Week 4 Promotions<br>27<br>Berkley Gold King Soft | 15.50 | 449.50 |
| Lot Number:<br>53ULKS | 1209260216085<br>28 | CTN | Week 4 Promotions<br>29<br>Berkley Silver King Soft | 15.50 | 434.00 |
| Lot Number:<br>53FFKB | 1209260216080<br>11 | CTN | Week 4 Promotions<br>28<br>Berkley Red King Box | 15.50 | 170.50 |
| Lot Number:<br>53LKB | 1209160216224<br>8 | CTN | Week 4 Promotions<br>11<br>Berkley Gold King Box | 15.50 | 124.00 |
| Lot Number:<br>53UL100B | 1209160216220<br>4 | CTN | Week 4 Promotions<br>8<br>Berkley Silver 100's Box | 15.50 | 62.00 |
| Lot Number:<br>53L100B | 4209260215786<br>20 | CTN | Week 4 Promotions<br>4<br>Berkley Gold 100's Box | 15.50 | 310.00 |
| Lot Number:<br>53ML100B | 4209260215780<br>9 | CTN | Week 4 Promotions<br>20<br>Berkley Menthol Gold 100's Box | 15.50 | 139.50 |
| | | | Week 4 Promotions | | Continued |

# Invoice

**Tantus Tobacco**

200 Progress Drive
Russell Springs, KY 42642

Phone: (270)866-8888
Fax: (270)866-8890
Toll Free: (866)747-0010

Texas Permit Number:
05002820

Remit Payment To:
Tantus Tobacco, LLC
200 Progress Drive
Russell Springs, KY 42642

| Customer Number: | Invoice Number: | Invoice Date: | Terms | Customer P.O. |
|---|---|---|---|---|
| 0000175 | 0094676-IN | 7/28/2016 | EFT 14 Days | 002-108853 |

**Sold To:**
Wholesale Outlet
2710 South 11th St
BEAUMONT, TX 77701

**Ship Via:**
AVERITT

Customer TX Permit No:
98600066

**Ship To:**
Wholesale Outlet
2710 South 11th St
Delivery Date:
BEAUMONT, TX 77701

**Salesperson:**
0025

| Item Number | Shipped | Unit | Description | Price | Amount |
|---|---|---|---|---|---|
| Lot Number:<br>53FF100B | 4209260215825<br>13 | CTN | 9<br>Berkley Red 100's Box<br>Week 4 Promotions | 15.50 | 201.50 |
| Lot Number:<br>53FF100S | 4209260215831<br>12 | CTN | 13<br>Berkley Red 100's Soft<br>Week 4 Promotions | 15.50 | 186.00 |
| Lot Number:<br>53ML100S | 1209360215884<br>5 | CTN | 12<br>Berkley Menthol Gold 100's Sof<br>Week 4 Promotions | 15.50 | 77.50 |
| Lot Number:<br>53M100S | 1209360215898<br>7 | CTN | 5<br>Berkley Menthol 100's Soft<br>Week 4 Promotions | 15.50 | 108.50 |
| Lot Number:<br>53UL100S | 1209360215906<br>23 | CTN | 7<br>Berkley Silver 100's Soft<br>Week 4 Promotions | 15.50 | 356.50 |
| Lot Number:<br>60L100B | 1209360215894<br>13 | CTN | 23<br>Sport Gold 100's Box<br>Week 4 Promotions | 16.50 | 214.50 |
| Lot Number:<br>60UL100B | 4209260215655<br>27 | CTN | 13<br>Sport Blue 100's Box<br>Week 4 Promotions | 16.50 | 445.50 |
| Lot Number:<br>60ML100B | 4209260215667<br>26 | CTN | 27<br>Sport Menthol Gold 100's Box<br>Week 4 Promotions | 16.50 | 429.00 |
| Lot Number:<br>60FF100S | 4209260215674<br>13 | CTN | 26<br>Sport Red 100's Soft<br>Week 4 Promotions | 16.50 | 214.50 |
| Lot Number:<br>60ML100S | 1209360215849<br>14 | CTN | 13<br>Sport Menthol Gold 100's Soft<br>Week 4 Promotions | 16.50 | 231.00 |
| Lot Number:<br>60UL100S | 1209360215854<br>22 | CTN | 14<br>Sport Blue 100's Soft<br>Week 4 Promotions | 16.50 | 363.00 |
| | | | | | Continued |

# Invoice

**Tantus Tobacco**

200 Progress Drive
Russell Springs, KY 42642

Phone: (270)866-8888
Fax: (270)866-8890
Toll Free: (866)747-0010

Texas Permit Number:
05002820

Remit Payment To:
Tantus Tobacco, LLC
200 Progress Drive
Russell Springs, KY 42642

| Customer Number: | Invoice Number: | Invoice Date: | Terms | Customer P.O. |
|---|---|---|---|---|
| 0000175 | 0094676-IN | 7/28/2016 | EFT 14 Days | 002-108853 |

**Ship Via:**

AVERITT

**Sold To:**
Wholesale Outlet
2710 South 11th St
BEAUMONT, TX 77701

Customer TX Permit No: 98600066

**Ship To:**
Wholesale Outlet
2710 South 11th St
Delivery Date:
BEAUMONT, TX 77701

**Salesperson:**
0025

| Item Number | Shipped | Unit | Description | Price | Amount |
|---|---|---|---|---|---|
| Lot Number: 60L100S | 1209360215864  14 | CTN | 22  Sport Gold 100's Soft | 16.50 | 231.00 |
| Lot Number: 60M100S | 1209360215871  12 | CTN | Week 4 Promotions  14  Sport Menthol 100's Soft | 16.50 | 198.00 |
| Lot Number: 60MKB | 1209360215877  4 | CTN | Week 4 Promotions  12  Sport Menthol King Box | 16.50 | 66.00 |
| Lot Number: 60LKB | 1209160216259  23 | CTN | Week 4 Promotions  4  Sport Gold King Box | 16.50 | 379.50 |
| Lot Number: 60FFKS | 1209160216279  12 | CTN | Week 4 Promotions  23  Sport Red King Soft | 16.50 | 198.00 |
| Lot Number: 60LKS | 1209260216054  22 | CTN | Week 4 Promotions  12  Sport Gold King Soft | 16.50 | 363.00 |
| Lot Number: 60MKS | 1209260216049  13 | CTN | Week 4 Promotions  22  Sport Menthol King Soft | 16.50 | 214.50 |
| Lot Number: 61MKB | 1209260216058  10 | CTN | Week 4 Promotions  13  Mainstreet Menthol King Box | 15.50 | 155.00 |
| Lot Number: 61LKB | 1209160216242  27 | CTN | Week 4 Promotions  10  Mainstreet Gold King Box | 15.50 | 418.50 |
| Lot Number: 61MKS | 1209160216237  3 | CTN | Week 4 Promotions  27  Mainstreet Menthol King Soft | 15.50 | 46.50 |
| Lot Number: 61FFKS | 1209260216039  23 | CTN | Week 4 Promotions  3  Mainstreet Red King Soft | 15.50 | 356.50 |
| | | | Week 4 Promotions | | Continued |

# Invoice

**Tantus Tobacco**

200 Progress Drive
Russell Springs, KY 42642

Phone: (270)866-8888
Fax: (270)866-8890
Toll Free: (866)747-0010

Remit Payment To:
Tantus Tobacco, LLC
200 Progress Drive
Russell Springs, KY 42642

Texas Permit Number:
05002820

| Customer Number: | Invoice Number: | Invoice Date: | Terms | Customer P.O. |
|---|---|---|---|---|
| 0000175 | 0094679-IN | 7/28/2016 | EFT 14 Days | 002-108853 |

**Ship Via:**
AVERITT

**Sold To:**
Wholesale Outlet
2710 South 11th St
BEAUMONT, TX 77701

Customer TX Permit No: 98600066

**Ship To:**
Wholesale Outlet
2710 South 11th St
Delivery Date:
BEAUMONT, TX 77701

**Salesperson:**
0025

| Item Number | Shipped | Unit | Description | Price | Amount |
|---|---|---|---|---|---|
| 53LKB | 60 | CTN | Berkley Gold King Box | 15.50 | 930.00 |
| Lot Number: | 1181160196435 | | Week 4 Promotions | | |
| Lot Number: | 1181160196444 | | 30 | | |
| 53ML100S | 60 | CTN | Berkley Menthol Gold 100's Sof | 15.50 | 930.00 |
| | | | Week 4 Promotions | | |
| Lot Number: | 4173360192348 | | 30 | | |
| Lot Number: | 4173360192361 | | 30 | | |
| Total Cartons: | 4,860 | | | | |

CUSTOMER IS RESPONSIBLE FOR PAYMENT OF ANY OTP TAXES. Registered by the State of Ohio, Registration number 9200056. The recipient named on the invoice responsible for paying the Ohio Other Tobacco Products Tax

NO CLAIMS ALLOWED UNLESS MADE IMMEDIATELY UPON DELIVERY. PLEASE CHECK GOODS CAREFULLY.

CUSTOMER'S SIGNATURE: _____

| | |
|---|---|
| Net Invoice: | 77,700.00 |
| Sales Tax: | 0.00 |
| Freight: | 0.00 |
| Discount: | 0.00 |
| Invoice Total: | $77,700.00 |

# Invoice

**Tantus Tobacco**

200 Progress Drive
Russell Springs, KY 42642
Phone: (270)866-8888
Fax: (270)866-8890
Toll Free: (866)747-0010

Texas Permit Number:
05002820

Remit Payment To:
Tantus Tobacco, LLC
200 Progress Drive
Russell Springs, KY 42642

| Customer Number: | Invoice Number: | Invoice Date: | Terms | Customer P.O. |
|---|---|---|---|---|
| 0000175 | 0094679-IN | 7/28/2016 | EFT 14 Days | 002-108853 |

**Sold To:**
Wholesale Outlet
2710 South 11th St
BEAUMONT, TX 77701

**Ship Via:**
AVERITT

Customer TX Permit No:
98600066

**Ship To:**
Wholesale Outlet
2710 South 11th St
Delivery Date:
BEAUMONT, TX 77701

**Salesperson:**
0025

| Item Number | Shipped | Unit | Description | Price | Amount |
|---|---|---|---|---|---|
| 60FFKB | 240 | CTN | Sport Red King Box | 16.50 | 3,960.00 |
| Lot Number: | 1165160188000 | | Week 4 Promotions<br>30 | | |
| Lot Number: | 1165160188018 | | 30 | | |
| Lot Number: | 1165160188021 | | 30 | | |
| Lot Number: | 1165160188024 | | 30 | | |
| Lot Number: | 1165160188032 | | 30 | | |
| Lot Number: | 1165160188039 | | 30 | | |
| Lot Number: | 1165160188083 | | 30 | | |
| Lot Number: | 1165160188088 | | 30 | | |
| 60MKB | 120 | CTN | Sport Menthol King Box | 16.50 | 1,980.00 |
| Lot Number: | 1160160186784 | | Week 4 Promotions<br>30 | | |
| Lot Number: | 1165160187770 | | 30 | | |
| Lot Number: | 1165160187809 | | 30 | | |
| Lot Number: | 1166160188678 | | 30 | | |
| 60FF100S | 360 | CTN | Sport Red 100's Soft | 16.50 | 5,940.00 |
| Lot Number: | 1119360168525 | | Week 4 Promotions<br>30 | | |
| Lot Number: | 1119360168528 | | 30 | | |
| Lot Number: | 1119360168541 | | 30 | | |
| Lot Number: | 1119360168566 | | 30 | | |
| Lot Number: | 1158360185022 | | 30 | | |
| Lot Number: | 1158360185025 | | 30 | | |
| Lot Number: | 4182360197783 | | 30 | | |
| Lot Number: | 4182360197787 | | 30 | | |
| Lot Number: | 4182360197793 | | 30 | | |
| Lot Number: | 4182360197794 | | 30 | | |
| Lot Number: | 4182360197809 | | 30 | | |
| Lot Number: | 4182360197813 | | 30 | | |
| 60L100S | 120 | CTN | Sport Gold 100's Soft | 16.50 | 1,980.00 |
| Lot Number: | 1124460170640 | | Week 4 Promotions<br>30 | | |
| Lot Number: | 1124460170673 | | 30 | | |
| | | | | | Continued |



# Invoice

**Tantus Tobacco**

200 Progress Drive
Russell Springs, KY  42642

Phone: (270)866-8888
Fax: (270)866-8890
Toll Free: (866)747-0010

Remit Payment  To:
Tantus Tobacco, LLC
200 Progress Drive
Russell Springs, KY  42642

Texas Permit Number:
05002820

| Customer Number: | Invoice Number: | Invoice Date: | Terms | Customer P.O. |
|---|---|---|---|---|
| 0000175 | 0094679-IN | 7/28/2016 | EFT 14 Days | 002-108853 |

**Ship Via:**
AVERITT

**Sold To:**
Wholesale Outlet
2710 South 11th St
BEAUMONT, TX  77701

Customer TX Permit No:
98600066

**Ship To:**
Wholesale Outlet
2710 South 11th St
Delivery Date:
BEAUMONT, TX  77701

**Salesperson:**
0025

| Item Number | Shipped | Unit | Description | Price | Amount |
|---|---|---|---|---|---|
| Lot Number: | 1124460170717 | | 30 | | |
| Lot Number: | 1124460170719 | | 30 | | |
| 60M100S | 300 | CTN | Sport Menthol 100's Soft | 16.50 | 4,950.00 |
| | | | Week 4 Promotions | | |
| Lot Number: | 1103360161971 | | 30 | | |
| Lot Number: | 1103360161973 | | 30 | | |
| Lot Number: | 1103360161984 | | 30 | | |
| Lot Number: | 1103360161990 | | 30 | | |
| Lot Number: | 1103360161995 | | 30 | | |
| Lot Number: | 1103360162002 | | 30 | | |
| Lot Number: | 1103360162008 | | 30 | | |
| Lot Number: | 1103360162013 | | 30 | | |
| Lot Number: | 1103360162028 | | 30 | | |
| Lot Number: | 1103360162038 | | 30 | | |
| 60FF100B | 570 | CTN | Sport Red 100's Box | 16.50 | 9,405.00 |
| | | | Week 4 Promotions | | |
| Lot Number: | 4173260192503 | | 30 | | |
| Lot Number: | 4173260192516 | | 30 | | |
| Lot Number: | 4173260192517 | | 30 | | |
| Lot Number: | 4173260192523 | | 30 | | |
| Lot Number: | 4173260192525 | | 30 | | |
| Lot Number: | 4173260192529 | | 30 | | |
| Lot Number: | 4173260192533 | | 30 | | |
| Lot Number: | 4173260192538 | | 30 | | |
| Lot Number: | 4173260192541 | | 30 | | |
| Lot Number: | 4173260192545 | | 30 | | |
| Lot Number: | 4173260192549 | | 30 | | |
| Lot Number: | 4173260192555 | | 30 | | |
| Lot Number: | 4173260192556 | | 30 | | |
| Lot Number: | 4173260192559 | | 30 | | |
| Lot Number: | 4173260192560 | | 30 | | |
| Lot Number: | 4173260192563 | | 30 | | |
| Lot Number: | 4173260192564 | | 30 | | |
| Lot Number: | 4173260192594 | | 30 | | |

Continued

# Invoice

**Tantus Tobacco**

200 Progress Drive
Russell Springs, KY 42642

Phone: (270)866-8888
Fax: (270)866-8890
Toll Free: (866)747-0010

Texas Permit Number:
05002820

Remit Payment To:
Tantus Tobacco, LLC
200 Progress Drive
Russell Springs, KY 42642

| Customer Number: | Invoice Number: | Invoice Date: | Terms | Customer P.O. |
|---|---|---|---|---|
| 0000175 | 0094679-IN | 7/28/2016 | EFT 14 Days | 002-108853 |

**Ship Via:**
AVERITT

**Sold To:**
Wholesale Outlet
2710 South 11th St
BEAUMONT, TX 77701

Customer TX Permit No:
98600066

**Ship To:**
Wholesale Outlet
2710 South 11th St
Delivery Date:
BEAUMONT, TX 77701

**Salesperson:**
0025

| Item Number | Shipped | Unit | Description | Price | Amount |
|---|---|---|---|---|---|
| Lot Number: 4173260192596 | | | 30 | | |
| 60UL100B | 120 | CTN | Sport Blue 100's Box | 16.50 | 1,980.00 |
| | | | Week 4 Promotions | | |
| Lot Number: 4159260185483 | | | 30 | | |
| Lot Number: 4159260185488 | | | 30 | | |
| Lot Number: 4159260185490 | | | 30 | | |
| Lot Number: 4159260185494 | | | 30 | | |
| 60M100B | 540 | CTN | Sport Menthol 100's Box | 16.50 | 8,910.00 |
| | | | Week 4 Promotions | | |
| Lot Number: 4153260183079 | | | 30 | | |
| Lot Number: 4165260188514 | | | 30 | | |
| Lot Number: 4165260188523 | | | 30 | | |
| Lot Number: 4165260188528 | | | 30 | | |
| Lot Number: 4165260188537 | | | 30 | | |
| Lot Number: 4165260188538 | | | 30 | | |
| Lot Number: 4165260188541 | | | 30 | | |
| Lot Number: 4165260188544 | | | 30 | | |
| Lot Number: 4165260188547 | | | 30 | | |
| Lot Number: 4165260188550 | | | 30 | | |
| Lot Number: 4165260188560 | | | 30 | | |
| Lot Number: 4165260188564 | | | 30 | | |
| Lot Number: 4165260188566 | | | 30 | | |
| Lot Number: 4165260188573 | | | 30 | | |
| Lot Number: 4165260188627 | | | 30 | | |
| Lot Number: 4165260188631 | | | 30 | | |
| Lot Number: 4165260188636 | | | 30 | | |
| Lot Number: 4165260188638 | | | 30 | | |
| 53NF | 450 | CTN | Berkley Non-Filter | 15.50 | 6,975.00 |
| | | | Week 4 Promotions | | |
| Lot Number: 2181160196553 | | | 30 | | |
| Lot Number: 2181160196568 | | | 30 | | |
| Lot Number: 2181160196614 | | | 30 | | |
| Lot Number: 2181160196622 | | | 30 | | |
| Lot Number: 2181160196644 | | | 30 | | |

Continued

# Invoice

**Tantus Tobacco**

200 Progress Drive
Russell Springs, KY  42642

Phone: (270)866-8888
Fax: (270)866-8890
Toll Free: (866)747-0010

Texas Permit Number:
05002820

Remit Payment  To:
Tantus Tobacco, LLC
200 Progress Drive
Russell Springs, KY  42642

| Customer Number: | Invoice Number: | Invoice Date: | Terms | Customer P.O. |
|---|---|---|---|---|
| 0000175 | 0094679-IN | 7/28/2016 | EFT 14 Days | 002-108853 |

**Ship Via:**

AVERITT

**Sold To:**

Wholesale Outlet
2710 South 11th St
BEAUMONT, TX  77701

Customer TX Permit No:
98600066

**Ship To:**

Wholesale Outlet
2710 South 11th St
Delivery Date:
BEAUMONT, TX  77701

**Salesperson:**

0025

| Item Number | Shipped | Unit | Description | Price | Amount |
|---|---|---|---|---|---|
| Lot Number: | 2181160196645 | | 30 | | |
| Lot Number: | 2181160196646 | | 30 | | |
| Lot Number: | 2181160196648 | | 30 | | |
| Lot Number: | 2181160196649 | | 30 | | |
| Lot Number: | 2181160196652 | | 30 | | |
| Lot Number: | 2181160196670 | | 30 | | |
| Lot Number: | 2181160196678 | | 30 | | |
| Lot Number: | 2181160196694 | | 30 | | |
| Lot Number: | 2181160196700 | | 30 | | |
| Lot Number: | 2181160196751 | | 30 | | |
| 53L100S | 120 | CTN | Berkley Gold 100's Soft | 15.50 | 1,860.00 |
| Lot Number: | 4182360197395 | | Week 4 Promotions | | |
| Lot Number: | 4182360197400 | | 30 | | |
| Lot Number: | 4182360197408 | | 30 | | |
| Lot Number: | 4182360197412 | | 30 | | |
| | | | 30 | | |
| 53UL100S | 30 | CTN | Berkley Silver 100's Soft | 15.50 | 465.00 |
| Lot Number: | 4182360197518 | | Week 4 Promotions | | |
| | | | 30 | | |
| 53FF100B | 60 | CTN | Berkley Red 100's Box | 15.50 | 930.00 |
| Lot Number: | 4172260191614 | | Week 4 Promotions | | |
| Lot Number: | 4172260191617 | | 30 | | |
| | | | 30 | | |
| 53L100B | 450 | CTN | Berkley Gold 100's Box | 15.50 | 6,975.00 |
| Lot Number: | 4182260197340 | | Week 4 Promotions | | |
| Lot Number: | 4182260197341 | | 30 | | |
| Lot Number: | 4182260197345 | | 30 | | |
| Lot Number: | 4182260197348 | | 30 | | |
| Lot Number: | 4182260197350 | | 30 | | |
| Lot Number: | 4182260197353 | | 30 | | |
| Lot Number: | 4182260197355 | | 30 | | |
| Lot Number: | 4182260197358 | | 30 | | |
| Lot Number: | 4182260197363 | | 30 | | |

Continued

# Invoice

**Tantus Tobacco**

200 Progress Drive
Russell Springs, KY 42642

Phone: (270)866-8888
Fax: (270)866-8890
Toll Free: (866)747-0010

Texas Permit Number:
05002820

Remit Payment To:
Tantus Tobacco, LLC
200 Progress Drive
Russell Springs, KY 42642

| Customer Number: | Invoice Number: | Invoice Date: | Terms | Customer P.O. |
|---|---|---|---|---|
| 0000175 | 0094679-IN | 7/28/2016 | EFT 14 Days | 002-108853 |

**Ship Via:**
AVERITT

**Sold To:**
Wholesale Outlet
2710 South 11th St
BEAUMONT, TX 77701

Customer TX Permit No:
98600066

**Ship To:**
Wholesale Outlet
2710 South 11th St
Delivery Date:
BEAUMONT, TX 77701

**Salesperson:**
0025

| Item Number | Shipped | Unit | Description | Price | Amount |
|---|---|---|---|---|---|
| Lot Number: | 4182260197367 | | 30 | | |
| Lot Number: | 4182260197369 | | 30 | | |
| Lot Number: | 4182260197371 | | 30 | | |
| Lot Number: | 4182260197379 | | 30 | | |
| Lot Number: | 4182260197382 | | 30 | | |
| Lot Number: | 4182260197386 | | 30 | | |
| 61FFKB | 60 | CTN | Mainstreet Red King Box | 15.50 | 930.00 |
| | | | Week 4 Promotions | | |
| Lot Number: | 1160160186095 | | 30 | | |
| Lot Number: | 1160160186106 | | 30 | | |
| 61FF100S | 150 | CTN | Mainstreet Red 100's Soft | 15.50 | 2,325.00 |
| | | | Week 4 Promotions | | |
| Lot Number: | 1124360170475 | | 30 | | |
| Lot Number: | 1124360170480 | | 30 | | |
| Lot Number: | 1124360170485 | | 30 | | |
| Lot Number: | 1124360170490 | | 30 | | |
| Lot Number: | 1124360170493 | | 30 | | |
| 61L100S | 90 | CTN | Mainstreet Gold 100's Soft | 15.50 | 1,395.00 |
| | | | Week 4 Promotions | | |
| Lot Number: | 1117360167221 | | 30 | | |
| Lot Number: | 1117360167222 | | 30 | | |
| Lot Number: | 1168360190537 | | 30 | | |
| 61ML100S | 30 | CTN | Mainstreet Menthol Gold 100's | 15.50 | 465.00 |
| | | | Week 4 Promotions | | |
| Lot Number: | 4147360181748 | | 30 | | |
| 61ML100STP | 120 | CTN | Mainstreet Menthol Gold 100's | 15.50 | 1,860.00 |
| | | | Week 4 Promotions | | |
| Lot Number: | 1294350090762 | | 30 | | |
| Lot Number: | 1294350090763 | | 30 | | |
| Lot Number: | STARTING | | 60 | | |
| 61FF100B | 360 | CTN | Mainstreet Red 100's Box | 15.50 | 5,580.00 |
| | | | Week 4 Promotions | | |
| Lot Number: | 4165260187771 | | 30 | | |
| | | | | | Continued |

# Invoice

**Tantus Tobacco**

200 Progress Drive
Russell Springs, KY 42642

Phone: (270)866-8888
Fax: (270)866-8890
Toll Free: (866)747-0010

Texas Permit Number:
05002820

Remit Payment To:
Tantus Tobacco, LLC
200 Progress Drive
Russell Springs, KY 42642

| Customer Number: | Invoice Number: | Invoice Date: | Terms | Customer P.O. |
|---|---|---|---|---|
| 0000175 | 0094679-IN | 7/28/2016 | EFT 14 Days | 002-108853 |

**Ship Via:**
AVERITT

**Sold To:**
Wholesale Outlet
2710 South 11th St
BEAUMONT, TX 77701

Customer TX Permit No.
98600066

**Ship To:**
Wholesale Outlet
2710 South 11th St
Delivery Date:
BEAUMONT, TX 77701

**Salesperson:**
0025

| Item Number | Shipped | Unit | Description | Price | Amount |
|---|---|---|---|---|---|
| Lot Number: | 4165260187783 | | 30 | | |
| Lot Number: | 4165260187787 | | 30 | | |
| Lot Number: | 4165260187805 | | 30 | | |
| Lot Number: | 4165260187811 | | 30 | | |
| Lot Number: | 4165260187839 | | 30 | | |
| Lot Number: | 4165260187843 | | 30 | | |
| Lot Number: | 4165260187851 | | 30 | | |
| Lot Number: | 4165260187857 | | 30 | | |
| Lot Number: | 4165260187867 | | 30 | | |
| Lot Number: | 4165260187886 | | 30 | | |
| Lot Number: | 4165260187893 | | 30 | | |
| 61L100B | 210 | CTN | Mainstreet Gold 100's Box | 15.50 | 3,255.00 |
| | | | Week 4 Promotions | | |
| Lot Number: | 4154260183720 | | 30 | | |
| Lot Number: | 4154260183738 | | 30 | | |
| Lot Number: | 4154260183745 | | 30 | | |
| Lot Number: | 4154260183753 | | 30 | | |
| Lot Number: | 4154260183761 | | 30 | | |
| Lot Number: | 4154260183764 | | 30 | | |
| Lot Number: | 4154260183768 | | 30 | | |
| 61UL100B | 90 | CTN | Mainstreet Blue 100's Box | 15.50 | 1,395.00 |
| | | | Week 4 Promotions | | |
| Lot Number: | 4144260179083 | | 30 | | |
| Lot Number: | 4168260190531 | | 30 | | |
| Lot Number: | 4168260190535 | | 30 | | |
| 61M100S | 120 | CTN | Mainstreet Menthol 100's Soft | 15.50 | 1,860.00 |
| | | | Week 4 Promotions | | |
| Lot Number: | 1147360181319 | | 30 | | |
| Lot Number: | 4182360197155 | | 30 | | |
| Lot Number: | 4182360197158 | | 30 | | |
| Lot Number: | 4182360197167 | | 30 | | |
| 61MKB | 30 | CTN | Mainstreet Menthol King Box | 15.50 | 465.00 |
| | | | Week 4 Promotions | | |
| Lot Number: | 1152160182618 | | 30 | | Continued |



# Check Request

Date: _____ 6/6/16 _____ Person Requesting Check: _____ Bert Schneider _____

Amount: $ _ 9646.86 _____

Payable To: _____ Wholesale Outlet _____

Address: _____ 2710 South 11st _____

City: _____ Beaumont _____ State: ____ Tx _ Zip Code: ___ 77701

Reason for Check:
_ May buydown cigarette .50 Spt/MS, .25 Berkley _____
____ Sport/MS- 23460 X .50= 11730.00 _____
_____ Berkley- 6540 X .25= 1635.00 _____
____ Less Shipping= 3718.00 _____

☐ Mail Check          ☐ Return to Requestor

Approved: _____

---

| For Accounting Use Only |
| --- |
| G/L Account Number: _____ |
| Approved: _____ |

# Invoice

**Tantus Tobacco**

200 Progress Drive
Russell Springs, KY 42642

Phone: (270)866-8888
Fax: (270)866-8890
Toll Free: (866)747-0010

Remit Payment To:
Tantus Tobacco, LLC
200 Progress Drive
Russell Springs, KY 42642

Texas Permit Number:
05002820

| Customer Number: | Invoice Number: | Invoice Date: | Terms | Customer P.O. |
|---|---|---|---|---|
| 0000175 | 0094593-IN | 7/26/2016 | EFT 14 Days | 002-108641 |

| Ship Via: |
|---|
| AVERITT |

**Sold To:**
Wholesale Outlet
2710 South 11th St
BEAUMONT, TX 77701

Customer TX Permit No:
98600066

**Ship To:**
Wholesale Outlet
2710 South 11th St
Delivery Date:
BEAUMONT, TX 77701

| Salesperson: |
|---|
| 0025 |

| Item Number | Shipped | Unit | Description | Price | Amount |
|---|---|---|---|---|---|
| Lot Number: | 1316350102367 | | 30 | | |
| Lot Number: | 4014360125406 | | 30 | | |
| Lot Number: | STARTING | | 305 | | |
| 71NF | 30 | CTN | Golden Blend Non-Filter King S | 15.00 | 450.00 |
| Lot Number: | 2159260185632 | | 30 | | |
| Total Cartons: | 3,000 | | | | |

CUSTOMER IS RESPONSIBLE FOR PAYMENT OF ANY OTP TAXES. Registered by the State of Ohio,
Registration number 9200056. The recipient named on the invoice responsible for paying the Ohio Other
Tobacco Products Tax
NO CLAIMS ALLOWED UNLESS MADE IMMEDIATELY UPON DELIVERY. PLEASE CHECK GOODS CAREFULLY.

CUSTOMER'S SIGNATURE: _____

| | |
|---|---|
| Net Invoice: | 42,554.70 |
| Sales Tax: | 0.00 |
| Freight: | 0.00 |
| Discount: | 0.00 |
| **Invoice Total:** | **$42,554.70** |

PAID
8/10/16

# Invoice

Remit Payment To:
Tantus Tobacco, LLC
200 Progress Drive
Russell Springs, KY 42642

**Tantus Tobacco**

200 Progress Drive
Russell Springs, KY 42642
Phone: (270)866-8888
Fax: (270)866-8890
Toll Free: (866)747-0010

Texas Permit Number:
05002820

| Customer Number: | Invoice Number: | Invoice Date: | Terms | Customer P.O. |
|---|---|---|---|---|
| 0000175 | 0094593-IN | 7/26/2016 | EFT 14 Days | 002-108641 |

| Ship Via: |
|---|
| AVERITT |

**Sold To:**
Wholesale Outlet
2710 South 11th St
BEAUMONT, TX 77701

Customer TX Permit No.
98600066

**Ship To:**
Wholesale Outlet
2710 South 11th St
Delivery Date:
BEAUMONT, TX 77701

**Salesperson:**
0025

| Item Number | Shipped | Unit | Description | Price | Amount |
|---|---|---|---|---|---|
| 60FF100B | 30 | CTN | Sport Red 100's Box | 17.81 | 534.30 |
| Lot Number: | 4154360183675 | | 30 | | |
| 62UL100S | 90 | CTN | Gsmoke Blue 100's Soft | 12.28 | 1,105.20 |
| Lot Number: | 1168360190823 | | 30 | | |
| Lot Number: | 1168360190825 | | 30 | | |
| Lot Number: | 1168360190841 | | 30 | | |
| 62M100S | 270 | CTN | Gsmoke Menthol 100's Soft | 12.28 | 3,315.60 |
| Lot Number: | 4165360188392 | | 30 | | |
| Lot Number: | 4165360188408 | | 30 | | |
| Lot Number: | 4165360188412 | | 30 | | |
| Lot Number: | 4165360188418 | | 30 | | |
| Lot Number: | 4165360188421 | | 30 | | |
| Lot Number: | 4165360188426 | | 30 | | |
| Lot Number: | 4165360188432 | | 30 | | |
| Lot Number: | 4165360188435 | | 30 | | |
| Lot Number: | 4165360188442 | | 30 | | |
| 62FF100B | 360 | CTN | Gsmoke Red 100's Box | 12.28 | 4,420.80 |
| Lot Number: | 4174260193140 | | 30 | | |
| Lot Number: | 4174260193141 | | 30 | | |
| Lot Number: | 4174260193146 | | 30 | | |
| Lot Number: | 4174260193147 | | 30 | | |
| Lot Number: | 4174260193150 | | 30 | | |
| Lot Number: | 4174260193152 | | 30 | | |
| Lot Number: | 4174260193154 | | 30 | | |
| Lot Number: | 4174260193157 | | 30 | | |
| Lot Number: | 4174260193160 | | 30 | | |
| Lot Number: | 4174260193163 | | 30 | | |
| Lot Number: | 4174260193176 | | 30 | | |
| Lot Number: | 4174260193181 | | 30 | | |
| 62FF100BW | 210 | CTN | Gsmoke Red 100's Box Woman | 12.28 | 2,578.80 |
| Lot Number: | 4203250047389 | | 30 | | |
| Lot Number: | 4203250047392 | | 24 | | |
| Lot Number: | 4203250047394 | | 30 | | |

Continued



# Invoice

**Tantus Tobacco**

200 Progress Drive
Russell Springs, KY  42642

Phone: (270)866-8888
Fax: (270)866-8890
Toll Free: (866)747-0010

Texas Permit Number:
05002820

Remit Payment  To:
Tantus Tobacco, LLC
200 Progress Drive
Russell Springs, KY  42642

| Customer Number: | Invoice Number: | Invoice Date: | Terms | Customer P.O. |
|---|---|---|---|---|
| 0000175 | 0094593-IN | 7/26/2016 | EFT 14 Days | 002-108641 |

| Ship Via: | | | | |
|---|---|---|---|---|
| AVERITT | | | | |

**Sold To:**

Wholesale Outlet
2710 South 11th St
BEAUMONT, TX  77701

Customer TX Permit No:
98600066

**Ship To:**

Wholesale Outlet
2710 South 11th St
Delivery Date:
BEAUMONT, TX  77701

**Salesperson:**

0025

| Item Number | Shipped | Unit | Description | Price | Amount |
|---|---|---|---|---|---|
| Lot Number: | 4203250047416 | | 30 | | |
| Lot Number: | 4203250047420 | | 30 | | |
| Lot Number: | 4203250047427 | | 30 | | |
| Lot Number: | 4203250047431 | | 30 | | |
| Lot Number: | STARTING | | 6 | | |
| 71FF100S | 270 | CTN | Golden Blend Red 100's Soft | 15.00 | 4,050.00 |
| Lot Number: | 4090360156650 | | 30 | | |
| Lot Number: | 4090360156663 | | 30 | | |
| Lot Number: | 4090360156664 | | 30 | | |
| Lot Number: | 4090360156668 | | 30 | | |
| Lot Number: | 4090360156672 | | 30 | | |
| Lot Number: | 4090360156681 | | 30 | | |
| Lot Number: | 4090360156684 | | 30 | | |
| Lot Number: | 4090360156686 | | 30 | | |
| Lot Number: | 4090360156716 | | 30 | | |
| 71L100S | 510 | CTN | Golden Blend Gold 100's Soft | 15.00 | 7,650.00 |
| Lot Number: | 1048360138327 | | 30 | | |
| Lot Number: | 4090360156492 | | 30 | | |
| Lot Number: | 4090360156532 | | 30 | | |
| Lot Number: | 4090360156536 | | 30 | | |
| Lot Number: | 4090360156541 | | 30 | | |
| Lot Number: | 4090360156544 | | 30 | | |
| Lot Number: | 4090360156546 | | 30 | | |
| Lot Number: | 4090360156549 | | 30 | | |
| Lot Number: | 4090360156553 | | 30 | | |
| Lot Number: | 4090360156560 | | 30 | | |
| Lot Number: | 4090360156562 | | 30 | | |
| Lot Number: | 4090360156591 | | 30 | | |
| Lot Number: | 4090360156594 | | 30 | | |
| Lot Number: | 4090360156599 | | 30 | | |
| Lot Number: | 4090360156616 | | 30 | | |
| Lot Number: | 4090360156624 | | 30 | | |
| Lot Number: | 4218350054110 | | 15 | | |
| Lot Number: | 4225350056823 | | 15 | | |
| | | | | | Continued |

# Invoice

**Tantus Tobacco**

200 Progress Drive
Russell Springs, KY 42642

Phone: (270)866-8888
Fax: (270)866-8890
Toll Free: (866)747-0010

Remit Payment To:
Tantus Tobacco, LLC
200 Progress Drive
Russell Springs, KY 42642

Texas Permit Number:
05002820

| Customer Number: | Invoice Number: | Invoice Date: | Terms | Customer P.O. |
|---|---|---|---|---|
| 0000175 | 0094593-IN | 7/26/2016 | EFT 14 Days | 002-108641 |

**Ship Via:** AVERITT

| Salesperson: |
|---|
| 0025 |

**Sold To:**
Wholesale Outlet
2710 South 11th St
BEAUMONT, TX 77701

Customer TX Permit No. 98600066

**Ship To:**
Wholesale Outlet
2710 South 11th St
Delivery Date:
BEAUMONT, TX 77701

| Item Number | Shipped | Unit | Description | Price | Amount |
|---|---|---|---|---|---|
| 71LKB | 330 | CTN | Golden Blend Gold King Box | 15.00 | 4,950.00 |
| Lot Number: | 1028160131059 | | 30 | | |
| Lot Number: | 1028160131064 | | 30 | | |
| Lot Number: | 1028160131067 | | 30 | | |
| Lot Number: | 1028160131077 | | 30 | | |
| Lot Number: | 1028160131078 | | 30 | | |
| Lot Number: | 1028160131090 | | 30 | | |
| Lot Number: | 1028160131091 | | 30 | | |
| Lot Number: | 1028160131093 | | 30 | | |
| Lot Number: | 1028160131109 | | 30 | | |
| Lot Number: | 1028160131113 | | 30 | | |
| Lot Number: | 1028160131129 | | 30 | | |
| 71UL100S | 60 | CTN | Golden Blend Silver 100's Soft | 15.00 | 900.00 |
| Lot Number: | 1364350119108 | | 30 | | |
| Lot Number: | 1364350119113 | | 30 | | |
| 71UL100STP | 30 | CTN | Golden Blend Silver 100's Soft | 15.00 | 450.00 |
| Lot Number: | STARTING | | 30 | | |
| 71ML100S | 810 | CTN | Golden Blend Menthol Gold 100' | 15.00 | 12,150.00 |
| Lot Number: | 1316350102262 | | 25 | | |
| Lot Number: | 1316350102284 | | 30 | | |
| Lot Number: | 1316350102287 | | 30 | | |
| Lot Number: | 1316350102289 | | 30 | | |
| Lot Number: | 1316350102297 | | 30 | | |
| Lot Number: | 1316350102305 | | 30 | | |
| Lot Number: | 1316350102306 | | 30 | | |
| Lot Number: | 1316350102312 | | 30 | | |
| Lot Number: | 1316350102316 | | 30 | | |
| Lot Number: | 1316350102319 | | 30 | | |
| Lot Number: | 1316350102325 | | 30 | | |
| Lot Number: | 1316350102338 | | 30 | | |
| Lot Number: | 1316350102341 | | 30 | | |
| Lot Number: | 1316350102345 | | 30 | | |
| Lot Number: | 1316350102355 | | 30 | | |

Continued

# Credit Memo

**Tantus Tobacco**

200 Progress Drive
Russell Springs, KY 42642

Phone: (270)866-8888
Fax: (270)866-8890
Toll Free: (866)747-0010

Texas Permit Number:
05002820

Remit Payment To:
Tantus Tobacco, LLC
200 Progress Drive
Russell Springs, KY 42642

| Customer Number: | Invoice Number: | Invoice Date: | Terms | Customer P.O. |
|---|---|---|---|---|
| 0000175 | 0094401-CM | 7/15/2016 | EFT 14 Days | 11374 |

**Ship Via:**
AVERITT

| Sold To: | Ship To: | Salesperson: |
|---|---|---|
| Wholesale Outlet 2710 South 11th St BEAUMONT, TX 77701 | Wholesale Outlet 2710 South 11th St BEAUMONT, TX 77701 | 0025 |

Customer TX Permit No: 98600066
Delivery Date:

| Item Number | Shipped | Unit | Description | Price | Amount |
|---|---|---|---|---|---|
| 16OZDPTP | 132- | BAG | 16oz Pipe Tobacco Destroyable | 6.95 | 917.40- |
| Lot Number: | STARTING | | Red Buck Pipe Tobacco 132- | | |
| 8OZDPTP | 240- | BAG | 8oz Pipe Tobacco Destroyable - | 3.75 | 900.00- |
| Lot Number: Total Cartons: | STARTING 0 | | 240- | | |

CUSTOMER IS RESPONSIBLE FOR PAYMENT OF ANY OTP TAXES. Registered by the State of Ohio, Registration number 9200056. The recipient named on the invoice responsible for paying the Ohio Other Tobacco Products Tax
NO CLAIMS ALLOWED UNLESS MADE IMMEDIATELY UPON DELIVERY. PLEASE CHECK GOODS CAREFULLY.

CUSTOMER'S SIGNATURE: _____

| | |
|---|---|
| Net Invoice: | 1,817.40- |
| Sales Tax: | 0.00 |
| Freight: | 0.00 |
| Discount: | 0.00 |
| Invoice Total: | $1,817.40- |

# Credit Memo

**Tantus Tobacco**

200 Progress Drive
Russell Springs, KY 42642

Phone: (270)866-8888
Fax: (270)866-8890
Toll Free: (866)747-0010

Texas Permit Number:
05002820

**Remit Payment To:**
Tantus Tobacco, LLC
200 Progress Drive
Russell Springs, KY 42642

| Customer Number: | Invoice Number: | Invoice Date: | Terms | Customer P.O. |
|---|---|---|---|---|
| 0000175 | 0094400-CM | 7/15/2016 | EFT 14 Days | 1575 |

**Ship Via:**
AVERITT

**Sold To:**
Wholesale Outlet
2710 South 11th St
BEAUMONT, TX 77701

Customer TX Permit No:
98600066

**Ship To:**
Wholesale Outlet
2710 South 11th St
Delivery Date:
BEAUMONT, TX 77701

**Salesperson:**
0025

| Item Number | Shipped | Unit | Description | Price | Amount |
|---|---|---|---|---|---|
| 71DPTP | 30- | CTN | Golden Blend Destroyable - Tax | 15.00 | 450.00- |
| Lot Number: | STARTING | | 30- | | |
| Total Cartons: | -30 | | | | |

CUSTOMER IS RESPONSIBLE FOR PAYMENT OF ANY OTP TAXES. Registered by the State of Ohio, Registration number 9200056. The recipient named on the invoice responsible for paying the Ohio Other Tobacco Products Tax
NO CLAIMS ALLOWED UNLESS MADE IMMEDIATELY UPON DELIVERY. PLEASE CHECK GOODS CAREFULLY.

CUSTOMER'S SIGNATURE: _____

| | |
|---|---|
| Net Invoice: | 450.00- |
| Sales Tax: | 0.00 |
| Freight: | 0.00 |
| Discount: | 0.00 |
| **Invoice Total:** | **$450.00-** |

# Credit Memo

## Tantus Tobacco

200 Progress Drive
Russell Springs, KY 42642

Phone: (270)866-8888
Fax: (270)866-8890
Toll Free: (866)747-0010

Texas Permit Number:
05002820

Remit Payment To:
Tantus Tobacco, LLC
200 Progress Drive
Russell Springs, KY 42642

| Customer Number: | Invoice Number: | Invoice Date: | Terms | Customer P.O. |
|---|---|---|---|---|
| 0000175 | 0094708-CM | 8/1/2016 | EFT 14 Days | 1589 |

**Ship Via:**
AVERITT

**Sold To:**
Wholesale Outlet
2710 South 11th St
BEAUMONT, TX 77701

Customer TX Permit No:
98600066

**Ship To:**
Wholesale Outlet
2710 South 11th St
Delivery Date:
BEAUMONT, TX 77701

**Salesperson:**
0025

| Item Number | Shipped | Unit | Description | Price | Amount |
|---|---|---|---|---|---|
| 60DPTP | 30- | CTN | Sport Destroyable - Tax Paid | 16.31 | 489.30- |
| Lot Number: | STARTING | | 30- | | |
| Total Cartons: | -30 | | | | |

CUSTOMER IS RESPONSIBLE FOR PAYMENT OF ANY OTP TAXES. Registered by the State of Ohio,
Registration number 9200056. The recipient named on the invoice responsible for paying the Ohio Other
Tobacco Products Tax
NO CLAIMS ALLOWED UNLESS MADE IMMEDIATELY UPON DELIVERY. PLEASE CHECK GOODS CAREFULLY.

CUSTOMER'S SIGNATURE: _____

| | |
|---|---|
| Net Invoice: | 489.30- |
| Sales Tax: | 0.00 |
| Freight: | 0.00 |
| Discount: | 0.00 |
| **Invoice Total:** | **$489.30-** |

# Tantus Tobacco Sales

# Credit Memo

200 Progress Drive
Russell Springs, KY 42642

OTP License # 900180

**Remit Payment To:**
Tantus Tobacco Sales, LLC
200 Progress Drive
Russell Springs, KY 42642

Phone:      (270)866-8888
Fax:          (270)866-8890
Toll Free:   (866)747-0010

Texas Permit Number:
05002820

| Customer Number: | Invoice Number: | Invoice Date: | Terms | Customer P.O. |
|---|---|---|---|---|
| 0000175 | T041571-CM | 7/15/2016 | EFT 14 Days | 11374 |

**Sold To:**
Wholesale Outlet
2710 South 11th St
BEAUMONT, TX 77701

**Ship Via:**
AVERITT

Customer TX Permit No:
98600066

**Ship To:**
Wholesale Outlet
2710 South 11th St
Delivery Date:
BEAUMONT, TX 77701

**Salesperson:**
0025

| Item Number | Shipped | Unit | Description | Price | Amount |
|---|---|---|---|---|---|
| 35DPTP | 160- | PKG | Red Buck Tip Cigar 25ct Destroyable - Tax Paid | 5.25 | 840.00- |
| Total Cartons: | 0 | | | | |

**PLEASE BE ADVISED** CUSTOMER IS RESPONSIBLE FOR PAYMENT OF ANY OTP TAXES WITH EXCLUSION OF THE FOLLOWING: Tantus Tobacco Sales LLC is paying the OTP Excise Tax in the following states: Ohio, Wyoming, and West Virginia

NO CLAIMS ALLOWED UNLESS MADE IMMEDIATELY UPON DELIVERY. PLEASE CHECK GOODS CAREFULLY.

CUSTOMER'S SIGNATURE: _____

| | |
|---|---|
| Net Invoice: | 840.00- |
| OTP Tax: | 0.00 |
| Freight: | 0.00 |
| Discount: | 0.00 |
| **Invoice Total:** | **$840.00-** |